ther consideration in light of *Espinosa* v. *Florida, ante,* p. 1079.

No. 91–6887.  AGUIRRE *v.* UNITED STATES.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Doggett* v. *United States, ante,* p. 647.

No. 91–7170.  HENRY *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida, ante,* p. 1079, and *Sochor* v. *Florida,* 504 U. S. 527 (1992).

No. 91–7273.  DAVIS *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida, ante,* p. 1079.

No. 91–7634.  GASKIN *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida, ante,* p. 1079.

No. —–—.  TOZZI *v.* JOLIET JUNIOR COLLEGE ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–915.  RAWLINS *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  Application for bail, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1100.  IN RE DISBARMENT OF CUNNINGHAM.  Disbarment entered.  [For earlier order herein, see 503 U. S. 956.]

No. D–1110.  IN RE DISBARMENT OF HANSEN.  Disbarment entered.  [For earlier order herein, see 503 U. S. 980.]

No. D–1116.  IN RE DISBARMENT OF MULDROW.  Disbarment entered.  [For earlier order herein, see 503 U. S. 1002.]